UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BRYAN LUDYNY, :
:
                     Plaintiff, :        22-CV-0118 (JMF)
:
     -v-                               :        ORDER
:
LONG ISLAND RAILROAD COMPANY, :
:
                   Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 7, 2022, the Court ordered Plaintiff to show cause, no later than January 17, 2022, why this case should not be transferred to the Eastern District of New York. See ECF No. 5. Plaintiff filed no response by January 17, 2022. Accordingly, pursuant to 28 U.S.C. § 1404(a) and for the reasons stated in the Court's Order to Show Cause, ECF No. 5, the Clerk of Court is directed to immediately transfer this case to the United States District Court for the Eastern District of New York, and to close the case on this Court's docket.

       SO ORDERED.

Dated: January 19, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge